U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 1 4 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: |
| | * | 18 U.S.C. § 1038(a)(1) |
| VERSUS | * | |
| | * | 6:18-cr-00131-01 |
| PAUL MILLER | * | Judge Drell |
| | | Magistrate Judge Hanna |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

Conveying False Information and Hoaxes
Regarding a Potential Threat of a Bomb or Explosive Device
18 U.S.C. § 1038(a)(1)

On or about the 4th day of September, 2017, in the Western District of Louisiana, the defendant, PAUL MILLER, engaged in conduct with intent to convey false and misleading information, namely, he placed a telephone call to Trump Café, located in the Trump Tower building in downtown Manhattan, in New York City, New York, in which he stated to the person who answered that a bomb was in the building, under circumstances where such information may reasonably have been believed, and where such information indicated that an activity has taken, is taking, or will take place, which would constitute a violation of Chapter 40, of Title 18, United States Code, namely an attempt to damage or destroy, by means of fire or an explosive, any building or other real or personal property used in interstate or foreign

commerce, in violation of Section 844(i), all in violation of Title 18, United States Code, Section 1038(a)(1).  [18 U.S.C. § 1038(a)(1)]

A TRUE BILL:

__REDACTED__
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

*[signature]*

JOSEPH T. MICKEL, La. Bar No. 09285
Assistant United States Attorney
800 Lafayette Street Suite 2200
Lafayette, LA  70501
Telephone:   (337) 262-6618