UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:18-CR-00131-01** |
| **VERSUS** | **JUDGE DRELL** |
| **PAUL MILLER** | **MAGISTRATE JUDGE HANNA** |

### DEFENDANT'S REQUEST FOR DISCOVERY

Paul Miller, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

        RESPECTFULLY SUBMITTED,
        REBECCA L. HUDSMITH
        FEDERAL PUBLIC DEFENDER FOR THE
        MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   **S/ CRISTIE GAUTREAUX GIBBENS**
        Louisiana Bar No. 24102
        Assistant Federal Public Defender
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana  70501
        (337)262-6336 (Phone)    (337)262-6605 (Fax)
        COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, July 24, 2018.

S/ CRISTIE GAUTREAUX GIBBENS